THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY W. POOR et al., as Trustees of Gramercy Park, Respondents, v. JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Poor* v. *Wells,* 139 App. Div. 83, affirmed.
(Argued November 14, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1910, which affirmed an order of Special Term canceling an assessment for taxation for the year 1903 on real estate known as Gramercy Park.

*Archibald R. Watson, Corporation Counsel (Curtis A. Peters* and *R. M. de Acosta* of counsel), for appellants.

*Roy C. Gasser* and *Henry B. Anderson* for respondents.

Order affirmed, with costs, on opinion of DOWLING, J., below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT. VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.